UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SABINO NUNEZ GUDINO, | ) | 1:05-cv-0954 LJO WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #12) |
| | ) | |
| B. C. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2007, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:   May 15, 2007**              /s/  **William M. Wunderlich**
                                UNITED STATES MAGISTRATE JUDGE