IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINO NUNEZ GUDINO, | 1:05-cv-00954 LJO SKO (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| B.C. ADAMS, et al., | (Motion#32) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 25, 2010,  plaintiff filed a motion to extend time to file objections to findings and recommendations.  Plaintiff has offered no explanation as to why he is unable to submit objections on time.  However, the Court will grant Plaintiff's motion for an extension.  Plaintiff is advised that any future request for an extension of time must be accompanied by a demonstration that good cause exists to justify an extension of time.  Accordingly, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   June 29, 2010                          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE